UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| S & J DIVING, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-05-3852 |
| § | |
| DIAMOND SERVICES CORPORATION, § | |
| § | |
| Defendant. § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's motion for default judgment. Defendant failed to appear or to file an Answer within twenty (20) days of service of the Complaint, as required by FED. R. CIV. P. 12(a)(1)(A). Plaintiff has provided proof of proper service pursuant to FED. R. CIV. P. 4(h)(1) and 4(e)(1) and TEX. R. CIV. P. 106(1)(2). Accordingly, as authorized by FED. R. CIV. P. 55(a), the Court hereby **GRANTS** a default judgment against Defendant and **AWARDS** Plaintiff damages in the amount of $94,205.00, attorney's fees in the amount of $5,000.00, and costs of court.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 21st day of March, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.